## Third District.

Robert G. Earley, receiver of John B. Colegrove & Company State Bank, appellant, v. Andrew Miller, appellee. Gen. No. 8,647.

Heard in this court at the April term, 1932. Opinion filed October 17, 1932.

Oscar J. Putting, for appellant. Hogan & Coale and Carl H. Preihs, for appellee.

Mr. Presiding Justice Eldredge delivered the opinion of the court.

Goldie McKee Wiebusch, a minor, by George H. Wiebusch, her husband and next friend, appellee, v. A. G. Hollingsworth, appellant. Gen. No. 8,615.

Heard in this court at the January term, 1932. Opinion filed October 17, 1932.

Murphy O. Tate, Leo M. Tarpey and Wilbur R. Wicks, for appellant; Wilbur R. Wicks, of counsel. Graham & Dysert, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

Henry Rees, appellee, v. George Schnepp and Frank L. Martin, trading as Illinois Battery and Electric Company, appellants. Gen. No. 8,634.

Heard in this court at the April term, 1932. Opinion filed October 17, 1932.

Rolland M. Wagner and Murphy O. Tate, for appellants. John T. Inghram, Jr., for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.

Lola F. Hindert, appellant, v. W. J. Goreham, appellee. Gen. No. 8,645.

Heard in this court at the April term, 1932. Opinion filed October 17, 1932.

Graham & Dysert, for appellant. Mann & Stifler, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.